

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2014

No. 04-14-00289-CV

**LEGEND OAKS – SOUTH SAN ANTONIO** d/b/a Legend Oaks Healthcare and Rehab. Ctr. –
South San Antonio,
Appellant

v.

Emma **MOLINA** on Behalf of the Est of Adella Rocamontes,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17554
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The Appellee's Unopposed Second Motion for Extension of Time to File Brief is
GRANTED. The appellee's brief is due on August 25, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court